**No. 66707.**—Paul E. Sernau, Inc. *v.* United States, protests 58/15221, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 24, 1962

**No. 66708.**—Fisher, Bruce & Co. and J. J. Murphy & Co. *v.* United States, protests 61/13063, 61/14087, and 61/15121 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

**No. 66709.**—J. M. Sutton Sons & Co. *v.* United States, protest 61/16018 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 ·Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.